UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 15-6193-DMG (JPRx) | Date | June 29, 2016 |
|---|---|---|---|
| Title | *Cardinal Health 200, LLC v. Gardens Regional Hospital and Medical Center, Inc.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE STAYED**

On June 28, 2016, Defendant Gardens Regional Hospital and Medical Center, Inc. filed a notice of commencement of chapter 11 bankruptcy case in the United States Bankruptcy Court for the Central District of California, Los Angeles Division. [Doc. # 34.]

The parties are hereby ordered to show cause why this action should not be stayed as a result of the filing of the bankruptcy petition. If a written response is not filed by **July 6, 2016**, the Court will issue an order staying and administratively closing the action.

**IT IS SO ORDERED.**